UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>      Plaintiff,<br><br>  v.<br><br>APPLE, INC.<br><br>      Defendant. | Case No.<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED UNDER A PSEUDONYM AS TO JANE DOE** |

The Court, having read and considered Plaintiff's Motion to Proceed Under a Pseudonym as to Jane Doe, and all papers filed in support thereof and in opposition thereto, and good cause appearing, hereby GRANTS Plaintiff's Motion and finds Plaintiff Jane Doe may continue to proceed pseudonymously until such a time as Defendants can articulate a compelling need to proceed otherwise.

**IT IS SO ORDERED.**

DATED this _____ day of _____ 2026

_____
Honorable Judge of the United States District Court
Northern District of California

1

**[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION TO PROCEED UNDER A PSEUDONYM**